IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENT TALOTTA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STATE FARM MUTUAL AUTOMOBILE | : | |
| INSURANCE COMPANY | : | No. 16-5557 |

**O R D E R**

**AND NOW**, this 5th day of December, 2016, upon consideration of Defendant's Motion to Dismiss (Doc. No. 4), the response thereto, and Defendant's reply,

**I HEREBY ORDER** that Defendant's motion to dismiss Count II of the Complaint is **GRANTED WITHOUT PREJUDICE**.

                                                        /s/ J. William Ditter, Jr.
                                                        J. WILLIAM DITTER, JR., J.